# NO. 12-15-00025-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE MARRIAGE OF LESLIE SUE FLOYD* | § | *APPEAL FROM THE 392ND* |
| *AND BRADLEY DEAN CODY AND IN THE INTEREST OF BILLY DEAN* | § | *JUDICIAL DISTRICT COURT* |
| *CODY, A CHILD* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion complies with the requirements of the rules of appellate procedure for voluntary dismissal of a civil case. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, Appellant's motion to dismiss is granted, and the appeal is **dismissed**. *See id.*

Opinion delivered February 27, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 27, 2015**

**NO. 12-15-00025-CV**

**IN THE MATTER OF THE MARRIAGE OF
LESLIE SUE FLOYD AND BRADLEY DEAN CODY
AND IN THE INTEREST OF BILLY DEAN CODY, A CHILD**

Appeal from the 392nd District Court

of Henderson County, Texas (Tr.Ct.No. 2014B-0692)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*